JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY SUSLOV, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MOLEX, LLC, a Delaware limited liability company d/b/a AFFINITY MEDICAL TECHNOLOGIES, LLC and PHILLIPS-MEDISIZE COSTA MESA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-00840-SSS-DFMx<br><br>(Formerly County of Orange Superior Court Case No.: 30-2022-01245179-CU-WT-WJC)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION AS TO ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:   February 14, 2022<br>Trial Date:             October 16, 2023<br>District Judge:      Hon. Sunshine S. Sykes<br>Magistrate Judge:  Hon. Douglas F. McCormick |

1

ORDER RE: JOINT STIPULATION TO DISMISS CASE NO.: 8:22-cv-00840-SSS-DFMx

1     Based on the joint stipulation of the parties, and upon good cause shown, Plaintiff Andrey Suslov and Defendants Molex, LLC, and Phillips-Medisize Costa Mesa, LLC's joint stipulation to dismiss is GRANTED and the entire above-captioned action is dismissed with prejudice as to all parties and all causes of action. Each party is to bear their own costs and fees.

    IT IS SO ORDERED.

Dated: July 3, 2023                 _____

                        Hon. Sunshine S. Sykes
                        U.S. District Judge